```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :       CRIMINAL ACTION
                               :
          v.                   :
                               :
MAXIMO ORTIZ                   :       NO. 15-239-2
```

ORDER

AND NOW, this 24th day of August, 2016, it is hereby ORDERED that the motion of Maximo Ortiz "for sentencing reduction pursuant to 18 U.S.C. §3582(c)(2)" (Doc. # 83) is DENIED on the ground that Amendment 782, which was effective as of November 1, 2014, was considered and applied in his sentencing calculation when he was sentenced on June 29, 2016.

BY THE COURT:


/s/ Harvey Bartle III
                                                  J.